MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
Sarah Zenewicz, Bar No. 258068
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
eric.meckley@morganlewis.com
sarah.zenewicz@morganlewis.com

Thomas Duda, Bar No. 350991
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001
thomas.duda@morganlewis.com

Attorneys for Defendants
VESTIS SERVICES, LLC (sued as WESTERN FIRST AID & SAFETY), VESTIS CORPORATION AND VESTIS GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA SHAUNEE BROWN, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN FIRST AID & SAFETY, a business entity of unknown form; VESTIS CORPORATION, a business entity of unknown form; VESTIS GROUP, INC., a Delaware Corporation; KATIE HALL, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-06238<br><br>**CERTIFICATE OF SERVICE**<br><br>[Los Angeles County Superior Court CASE NO. 24STCV15418]<br><br>[28 U.S.C. §§ 1332, 1441, 1446 AND 1453] |

# CERTIFICATE OF SERVICE

I, Monica Brennan, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Market, Spear Street Tower, San Francisco, California 94105. On July 24, 2024, I served copies of the within document(s):

**VESTIS DEFENDANTS' NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA; EXHIBITS A AND B**

**DECLARATION OF ALMA MAGNA IN SUPPORT OF DEFENDANT VESTIS SERVICES, LLC'S NOTICE OF REMOVAL**

**DECLARATION OF ALTAF BHANWADIA IN SUPPORT OF DEFENDANT VESTIS SERVICES, LLC'S NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**VESTIS DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**

**VESTIS DEFENDANTS' NOTICE OF RELATED CASE**

☒ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Emil Davtyan<br>Emil@d.law<br>David Yeremian<br>d.yeremian@d.law<br>Natalie Haritoonian<br>n.haritoonian@d.law<br>Matthew J. Carraher<br>m.carraher@d.law<br>D.LAW, INC.<br>880 E Broadway<br>Glendale, CA 91205<br>Tel: (818) 962-6465 | *Attorneys for Plaintiff*<br>*SAMANTHA SHAUNEE BROWN* |

Executed on July 24, 2024, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Monica Brennan