AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

SAMANTHA SHAUNEE BROWN, an individual on behalf of herself and all others similarly situated,

*Plaintiff(s)*

v.

WEST FIRST AID & SAFETY, a business entity of unknown form; "see attached"

*Defendant(s)*

Civil Action No. 2:24-cv-06238-GW-PD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Katie Hall
230 E. J St
Ontario, CA 91764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: D.Law Inc.
880 E. Broadway
Glendale, CA 91205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 10, 2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:24-cv-06238-GW-PD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Katie Hall, an individual

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________

______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify):*

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

D.LAW, INC.
Emil Davtyan (SBN 299363)
Emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
Natalie Haritoonian (SBN 324318)
n.haritoonian@d.law
Matthew J. Carraher (SBN 346860)
m.carraher@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Fax: (818) 962-6469

**Electronically FILED by Superior Court of California, County of Los Angeles 6/20/2024 12:54 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Nunez, Deputy Clerk**

Attorneys for Plaintiff SAMANTHA SHAUNEE BROWN, on behalf of herself and others similarly situated

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| SAMANTHA SHAUNEE BROWN, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN FIRST AID & SAFETY, a business entity of unknown form; VESTIS CORPORATION, a business entity of unknown form; VESTIS GROUP, INC., a Delaware Corporation; KATIE HALL, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 24STCV15418<br><br><u>CLASS ACTION</u><br><br><u>Assigned for All Purposes To:</u><br>Hon.<br>Dept.:<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>1. Failure to Pay Minimum Wages;<br>2. Failure to Pay Wages and Overtime Under Labor Code § 510;<br>3. Meal Period Liability Under Labor Code § 226.7;<br>4. Rest-Break Liability Under Labor Code § 226.7;<br>5. Failure to Pay Vacation Wages;<br>6. Violation of Labor Code § 226(a);<br>7. Violation of Labor Code § 203;<br>8. Violation of Labor Code § 204;<br>9. Failure to Keep Required Payroll Records under Labor Code §§ 1174 and 1174.5;<br>10. Failure to Reimburse Necessary Business Expenses § 2802; and<br>11. Violation of Business & Professions Code § 17200 *et seq*.<br><br>**DEMAND FOR JURY TRIAL** |