| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Natalie Haritoonian SBN 324318**<br>**D.Law, Inc.**<br>**880 E Broadway**<br>**Glendale, CA 91205**<br>ATTORNEY FOR **Plaintiff** | **(818) 962-6465** | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Brown, Samantha Shaunee v. WESTERN FIRST AID & SAFETY, a business entity of unknown form; | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>2:24-cv-06238-GW-PD |
| **Declaration of Service** | | Ref. No. or File No:<br>Brown v. Vestis Service LLC |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**01_3 Vestis Def Rule 7.1 Corp Disclosure Statement and Ntc of Interested Parties (Brown); 02_6 Ntc of Assignment (Brown); 03_4 The Vestis Def Ntc of Related Case (Brown) ; 04_2 Civil Cover Sheet (Brown); 05_1-3 Dec of Alma Magana ISO Vestis Def Ntc of Removal (Brown); 06_7 Ntc of Parties of Court Directed ADR Program (Brown); 07_8 Ntc of Counsel Re Consent to Proceed Before a US Magistrate Judge (Brown); 08_1-4 Dec of Altaf Bhanwadia ISO of Vestis Services LLC Ntc of Removal (Brown); 09_1 Vestis Def Ntc of Removal to Central District (Brown); 10_5 Cert of Service (Brown); 11_1-1 Exhibit A Summons (Brown); 12_1-2 Exhibit B State Court Docket (Brown) ; 13_10 Order Setting Scheduling Conference (9.9.24) (Brown); 14_9 Standing Order Re Pretrial Conf (Brown); 15_11 Def Certificate of Service (Brown); 16_12 Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (Brown); 17_13 Ntc of Errata (Brown); 18_14 Order Re Transfer (Related Cases)(Brown); 19_16-1 Dec of MC ISO of Mtn for Order to Remand(Brown); 20_16-2.(P) Order(Brown)pdf; 21_16 Mtn for Order Remanding to State Court (Brown) ; 22_17 Vestis Ntc of Mtn and Mtn to Dismiss and Strike Pl FAC (Brown); 23_18 Ntc of Scheduling Conf(Brown); Signed Summons (Brown); 24_18-1 Dec of Mikaela Davis ISO Vestis Opp to Pl Mtn to Remand (Brown); 25_18-2 Vestis Def Request for Judicial Ntc ISO Opp to Plft Mtn for Order Remanding Action to State Court (Brown); 26_18-3 Exhibit A (Brown); 27_18-4 Exhibit B (Brown); 28_18-5 Exhibit C (Brown); 29_18-7 Exhibit E (Brown); 30_18-8 Exhibit F (Brown); 31_18-9 Exhibit G (Brown); 32_18 Def Vestis Opp to Pltf Mrn for Remand (Brown); 34_19 Joint Rule 26(f) Report of the Parties (Brown); 35_20 Rule 26(f) Report (Brown); 36_21 Plaintiffs Opp to Def Mtn to Dismiss Plfts Complaint and Class Claims (Brown); 37_22 Pltfs Reply ISO Pltf Mtn for Order Remanding Action to State Court (Brown); 38_23 Summons Re Katie Hall (Brown); 39_25 Summons Req Re Katie Hall (Brown); 40_26 Text Only Scheduling Notice(Brown); 33_18-6 Exhibit Dec of Emil(Brown)**

On: **Katie Hall**

I personally served the summons on the individual at:

**230 E J St Ontario, CA 91764**

On: **9/10/2024** Date: **05:46 PM**

Person attempting service:

a. Name: **Johnathan A. Perdomo**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **438.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Johnathan A. Perdomo** Date: **09/11/2024**